UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| DAVID REYNOLDS, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF NICHOLAS REYNOLDS AND ROSEMARY REYNOLDS <br><br> v. <br><br> THE PERSONAL REPRESENTATIVE OF THE ESTATE OF CHRISTOPHER JOHNSON AND CACTUS DRILLING COMPANY, LLC | § § § § § § § § § § § § | Civil No. **7:15-CV-00101-DAE** |

## ORDER OF DISMISSAL WITH PREJUDICE

BE IT REMEMBERED that on this day, the Court considered the Agreed Stipulation of Dismissal with Prejudice of Plaintiff's claims against Defendants, Cactus Drilling Company, LLC, the Estate of Christopher Johnson and Christopher Johnson, filed by Plaintiffs, David Reynolds, individually and as Representative of the Estate of Nicholas Reynolds, and after reviewing the pleadings and papers on file herein, it is hereby

ORDERED that Plaintiffs David Reynolds, individually and as Representative of the Estate of Nicholas Reynolds, and Rosemary Reynolds' claims against Cactus Drilling Company, LLC, the Estate of Christopher Johnson and Christopher Johnson are dismissed with prejudice, and court costs are taxed against the party incurring the same.

All relief that is not expressly granted herein is hereby DENIED. This is a final judgment that disposes of all parties and issues.

SIGNED this ___ day of _____, 201_.

_____
JUDGE PRESIDING